Robert G. Schock, State Bar No. 37682
LAW OFFICES OF ROBERT G. SCHOCK
1970 Broadway, Suite 1070
Oakland, CA 94612
Telephone: (510) 839-7722
Facsimile:   (510) 839-7752

Attorney for Plaintiff
ALISA PETROV

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| ALISA PETROV,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, and DOES 1-100, Inclusive,<br><br>　　　　Defendants. | Case No.: 3:15-cv-05552-EDL<br><br>**CASE MANAGEMENT STATEMENT; REQUEST FOR CONTINUANCE OF CASE MANAGEMENET CONFERENCE; PROPOSED ORDER**<br><br>Hearing date:  3/8/16<br>Hearing time:  10:00 a.m.<br>Location:  Courtroom E, 15th Floor<br>　　　　Phillip Burton Federal Building<br>　　　　450 Golden Gate Ave.<br>　　　　San Francisco, CA 94102<br><br>Honorable:  Elizabeth D. Laporte |

Plaintiff Alisa Petrov submits this case management statement pursuant to the Standing Order for All Judges of the Northern District of California dated November 1, 2014

-1-

and Civil Local Rule 16-9. Plaintiff also submit herewith a continuance of the case management conference currently scheduled for March 8, 2016 to a date to be determined after service of defendant in this case. Defendant has not been served since the summons in this case was not issued until February 19, 2016 and upon issuance of the summons an amended proposed summons was filed on March 1, 2016 to correct the plaintiff's name on the summons.

### 1. Jurisdiction and Service

Plaintiff asserts jurisdiction under the Federal Tort Claims Act ("FTCA"). Plaintiff believes venue is proper and service is complete.

### 2. Facts

Plaintiff Alisa Petrov alleges that a federally-supported health care clinic wrongfully failed to diagnose and treat her mother Arden Johnson Petrov's cancer, resulting in a significant change in her mother's life expectancy and ultimately her death.

### 3. Legal Issues

Plaintiff requests a continuance of the case management conference for thirty (30) days or until a date to be determined after service of defendant in this case and defendant has appeared in the case.

### 4. Motions

None at present.

### 5. Amendment of Pleadings

Not applicable at present.

### 6. Evidence Preservation

The parties have taken, and will continue to take, reasonable steps to preserve any evidence relevant to the issues reasonably evident in this lawsuit. The deposition of Arden Johnson Petrov was taken in January 2015 in anticipation of her failing health.

### 7. Disclosures

The parties will exchange initial disclosures at an agreed time.

### 8. Discovery

The deposition of Arden Johnson Petrov was taken January 2015 in anticipation of her failing health.

9. **Class Actions**

Not applicable.

10. **Related Cases**

Arden Petrov v. The United States Department of Health and Human Services, Case No.: 4:14-cv-04542-DMR.

11. **Relief**

Plaintiff seeks damages and costs of over $2,000,000.

12. **Settlement and ADR**

Settlement discussions would be premature prior to additional discovery.

13. **Consent to Magistrate Judge for All Purposes**

Both parties have consented to proceed before the Honorable Donna M. Ryu.

14. **Other References**

Not applicable.

15. **Narrowing of Issues**

Unknown at present.

16. **Expedited Trial Procedure**

None suggested.

17. **Scheduling and Trial**

Plaintiff respectfully asks the Court to defer setting a case management schedule to allow time for defendant to be served and appear in the case.

18. **Disclosure of Non-party Interested Entities or Persons**

Plaintiff is not aware of any non-party interested entities or persons.

19. **Professional Conduct**

Lead counsel for plaintiff has reviewed the Guidelines for Professional Conduct for the Northern District of California.

20. **Additional Case Management Issues:  Stipulation**

Plaintiff requests a continuance of the case management conference currently scheduled for May 8, 2016 pending service on defendants.

Dated: March 1, 2016

LAW OFFICES OF ROBERT G. SCHOCK

_____
Attorney for Plaintiff, Alisa Petrov

[PROPOSED] CASE MANAGEMENT ORDER

Pursuant to stipulation, the case management conference ~~currently set for May 8, 2016~~ is continued to <u>May 10, 2016 at 3:00 pm</u>. An updated case management statement is due by May 3, 2016.

IT IS SO ORDERED.

Dated: _____March 7_____, 2016

_____
Hon. Elizabeth D. Laporte
United States Magistrate Judge

-4-

CASE MANAGEMENT STATEMENT AND REQUEST FOR CONTINUANCE
3:15-cv-05552-EDL