Robert G. Schock, State Bar No. 37682
LAW OFFICES OF ROBERT G. SCHOCK
1970 Broadway, Suite 1070
Oakland, CA 94612
Telephone: (510) 839-7722
Facsimile:  (510) 839-7752

Attorney for Plaintiff
ALISA PETROV

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALISA PETROV, | Case No. 15-cv-05552 EDL |
| Plaintiff, | **STIPULATION TO CONTINUE PRE-SETTLEMENT CONFERENCE** |
| v. | Date:  June 30,2 016 |
| THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, and DOES 1-100, Inclusive, | Time:  2:15 p.m.<br>The Honorable Elizabeth D. Laporte |
| Defendants. | |

Plaintiff Alisa Petrov, and Defendant United States of America[1] jointly submit the following Stipulation to Continue Pre-Settlement Conference.

WHEREAS, the pre-settlement telephonic conference was scheduled for June 30, 2016;

WHEREAS, plaintiff's counsel has a scheduling conflict on June 30, 2016;

---

[1] Defendant United States of America was erroneously named as "The United States Department of Health and Human Services."  The United States is the only proper defendant in this action, which relates to medical care received at a federally-supported health center. *See* 42 U.S.C. § 233(a).

STIPULATION TO CONTINUE PRE-SETTLEMENT CONFERENCE
NO. 15-CV-05552 EDL                                                                                                                     1

1     IT IS HEREBY STIPULATED, that the Pre-Settlement Conference herein be continued to
2 August 25, 2016 at 2:15 p.m.

4 Dated: June __, 2016                  LAW OFFICES OF ROBERT G. SCHOCK

                                          */s/ Robert G. Schock*
                                       ROBERT G. SCHOCK
                                       Attorney for Plaintiff ALISA PETROV

Dated: June __, 2016                  Respectfully Submitted,

                                       BRIAN J. STRETCH
                                       United States Attorney

                                          */s/ Wendy M. Garbers*
                                       WENDY M. GARBERS
                                       Assistant United States Attorney
                                       Attorneys for the UNITED STATES

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that plaintiff has concurred in the filing of this document.*

**[PROPOSED] ORDER**

    PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 6/27/16

                                        THE HONORABLE KANDIS WESTMORE